**DENY; and Opinion Filed June 4, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00698-CV

## IN RE NOLEN HOMES & INTERIOR, LLC, AMY NOLEN AND CLINT NOLEN, Relator

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03259-D**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice Brown

Relators filed this petition for writ of mandamus requesting that the Court direct the trial court to stay the proceedings in the trial court, vacate its order denying relators' plea in abatement and issue an order granting relators' plea in abatement. Relators' petition is not authenticated as required by the Texas Rules of Appellate Procedure. TEX. R. APP. P. 52.3(j). The rule 52.3(j) certification must include the statement that the person filing the petition "has reviewed the petition and concluded that every factual statement is supported by competent evidence included in the appendix or record." TEX. R. APP. P. 52.3(j). Relators' petition does not include this statement. Accordingly, we **DENY** the petition for writ of mandamus.

/Ada Brown/
ADA BROWN
JUSTICE

140698F.P05